UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASEY BOKUM DONAHUE,

    Plaintiff,

v.                                              Case No. 8:24-cv-2946-TPB-DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the "Report and Recommendation" of United States Magistrate Judge Douglas N. Frazier, entered on November 4, 2025. (Doc. 17). In his well-reasoned report, Judge Frazier recommends that the decision of the Commissioner of Social Security be affirmed under sentence four of 42 U.S.C. § 405(g), and the Clerk be directed to enter judgment in Defendant's favor. No party has objected, and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and

recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

After careful consideration of the record, including Judge Frazier's well-reasoned report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge Frazier's detailed factual findings and well-reasoned legal conclusions.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Frazier's "Report and Recommendation" (Doc. 17) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The decision of the Commissioner of Social Security is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to enter final judgment in favor of Defendant Commissioner of Social Security and thereafter **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of December, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE